IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:19mj658-RHW

JACOB BLAIR SCOTT

## ORDER TO UNSEAL CASE AND ARREST WARRANT

Upon Motion of the United States Attorney, the Clerk is directed to unseal this case and the Arrest Warrant. The Complaint [dk #3] will remain sealed.

SO ORDERED, this the 29th day of October, 2019.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE