

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    MAGISTRATE NO. . 1:19mj658-RHW

JACOB BLAIR SCOTT

## ORDER GRANTING LEAVE OF COURT
## TO DISMISS THE CRIMINAL COMPLAINT AND CASE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, on motion of the

United States Attorney to dismiss with prejudice the Criminal Complaint and Case in Magistrate

No. 1:19mj658-RHW against the defendant, JACOB BLAIR SCOTT, the Court hereby grants

Leave of Court for the filing of the dismissal.   The complaint and case are hereby dismissed.

The defendant will be turned over to State authorities, to wit, Jackson County Sheriff's

Department, pursuant to pending state arrest warrant.

The Clerk is directed to provide a copy of this Order to the U.S. Attorney's Office and

the U.S. Marshal's Service.

SO ORDERED this the ___26ᵀᴴ___ day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE